IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMON SOTO, individually and on behalf of a class of similarly situated individuals, | |
| Plaintiff, | Case No. 24 CV 8826 |
| v. | Hon. Jeannice W. Appenteng |
| PEOPLES AUTO PARKING COMPANY, an Illinois Corporation, and OMNIPARK, INC., a Washington Corporation, | |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff Ramon Soto and Defendants Peoples Auto Parking Company ("Peoples Auto") and OmniPark, Inc., by their respective undersigned attorneys, provide the following Joint Status Report:

**I.     Case History**

Plaintiff Soto sued Peoples Auto in Illinois state court. Peoples Auto removed on September 24, 2024 [Doc. 3]. On October 16, 2024, Soto and Peoples submitted a Joint Status Report with proposed discovery deadlines [Doc. 11]. On October 17, 2024, Judge Tharp adopted the parties' proposed case management schedule and referred all further discovery scheduling to Magistrate Judge Appenteng [Doc. 12]. On October 18, 2024, Judge Appenteng set forth the discovery schedule and ordered a Joint Status Report by December 19, 2024 [Doc. 14].

**II.     Addition of OmniPark**

On November 1, 2024, Soto filed his First Amended Class Action Complaint, adding OmniPark as a new, additional defendant [Doc. 15]. On November 26, 2024, OmniPark appeared

and answered the First Amended Complaint [Docs. 16-18]. People Auto also answered the First Amended Complaint on the same date [Doc. 19].

### III. Request for Schedule Extension

On December 11, 2024, counsel for Soto and OmniPark met to discuss discovery and scheduling. Soto and OmniPark agreed that OmniPark's Rule 26(a)(1) initial disclosure will be due on January 8, 2025. Soto and OmniPark also agreed to jointly request that the Court extend the discovery schedule by two months. Since OmniPark appeared and answered two months after People Auto removed the case, an extension of the schedule by two months gives OmniPark the same period for discovery that the court provided to the parties before Soto added OmniPark. Peoples Auto also consents to the requested extension.

The parties jointly request the Court extend the schedule as follows:

| Event | Current Deadline | Requested Deadline |
| --- | --- | --- |
| Completion of fact discovery | 7/16/25 | 9/17/25 |
| Plaintiff's expert disclosure | 8/20/25 | 10/22/25 |
| Defendants' expert disclosure | 9/19/25 | 11/21/25 |
| Completion of expert discovery | 10/17/25 | 12/19/25 |
| Motion for class certification | 11/19/25[1] | 1/21/26 |

### IV. Status of Discovery

Defendant Peoples Auto Parking and Plaintiff have exchanged initial disclosures and have had a significant initial exchange of documents.

---

[1] The Court's October 18, 2024 Order [Doc. 14] states 11/19/24 as the class certification deadline, which appears to be a typographical error.

Dated: December 18, 2024

By: */s/ Scott Brutocao*
Scott Brutocao
CORNELL SMITH MIERL
BRUTOCAO BURTON, LLP
1607 West Avenue
Austin, Texas 78701
Telephone: (512) 334-2249
Telecopy: (512) 328-1541
Scott Brutocao
Texas State Bar No. 24025781
sbrutocao@cornellsmith.com

/s/ *Jordan D. Shea*
Jordan D. Shea
WILLIAMS BARBER MOREL LTD.
233 S. Wacker Dr., Suite 6800
Chicago, IL 60606
312 443-3200 (phone)
312 630-8500 (fax)
jds@williambsarbermorel.com
acc@williambsarbermorel.com

*Attorneys for Defendant Omnipark, Inc.*

By: /s/ *Eugene Y. Turin*
Eugene Y. Turin
William P. Kingston
MCGUIRE LAW, P.C.
55 W Wacker Dr., 9th Fl
Chicago, Illinois 60601
(312) 893-7002
eturin@mcgpc.com
wkingston@mcgpc.com

*Attorneys for Plaintiff Ramon Soto*

By: /s/*Adam C. Carter*
Adam C. Carter
Jeffrey S. Barger
ESP KREUZER CORES, LLP
400 S. County Farm Road
Suite 200
Wheaton, Illinois 60187
(630) 871-1002
acarter@ekclawfirm.com
jbarger@ekclawfirm.com

*Attorneys for Defendant Peoples Auto Parking Company*